AMENDED

**Fill in this information to identify your case:**

Debtor 1: Luisa Michelle Williams
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Northern District of Georgia

Case number: 18-62548
(If known)

☑ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................................. $215,000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B*................................................................. $10,235.00

   1c. Copy line 63, Total of all property on *Schedule A/B*............................................................................ $225,235.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ $268,737.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* .......................................... $3,800.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*..................................... + $71,722.00

   **Your total liabilities**    $344,259.00

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ................................................................... $3,265.97

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ............................................................................. $3,425.00

AMENDED

Debtor 1 __Luisa Michelle Williams__
      First Name   Middle Name   Last Name

Case number (if known) __18-62548__

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
    ☑ Yes

7. **What kind of debt do you have?**

    ☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

    $ __4,590.12__

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

    **Total claim**

    From Part 4 on *Schedule E/F*, copy the following:

    9a. Domestic support obligations (Copy line 6a.)     $ __0.00__

    9b. Taxes and certain other debts you owe the government. (Copy line 6b.)     $ __3,800.00__

    9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)     $ __0.00__

    9d. Student loans. (Copy line 6f.)     $ __51,929.00__

    9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)     $ __0.00__

    9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)     + $ __0.00__

    9g. **Total.** Add lines 9a through 9f.     $ __55,729.00__

AMENDED

**Fill in this information to identify your case:**

Debtor 1: Luisa Michelle Williams
(First Name) (Middle Name) (Last Name)

Debtor 2 (Spouse, if filing): ___
(First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 18-62548

Check if this is:
☑ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
___ MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income   12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | Field Support | |
| Employer's name | Diversitech | |
| Employer's address | 6650 Sugarloaf parkway<br>Number  Street<br><br>Duluth, GA 30097<br>City  State  ZIP Code | Number  Street<br><br><br>City  State  ZIP Code |
| How long employed there? | | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 4,106.96 | $_____ |
| 3. **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$_____ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. $ 4,106.96 | $_____ |

Official Form 106I          Schedule I: Your Income          page 1

AMENDED

Debtor 1  Luisa Michelle Williams
         First Name  Middle Name  Last Name

Case number (if known) 18-62548

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 4. Copy line 4 here | $ 4,106.96 | $ |
| 5. List all payroll deductions: |  |  |
| 5a. Tax, Medicare, and Social Security deductions | $ 676.13 | $ |
| 5b. Mandatory contributions for retirement plans | $ 0.00 | $ |
| 5c. Voluntary contributions for retirement plans | $ 0.00 | $ |
| 5d. Required repayments of retirement fund loans | $ 0.00 | $ |
| 5e. Insurance | $ 164.86 | $ |
| 5f. Domestic support obligations | $ 0.00 | $ |
| 5g. Union dues | $ 0.00 | $ |
| 5h. Other deductions. Specify: _____ | + $ 0.00 | + $ |
|  | $ 0.00 | $ |
|  | $ 0.00 | $ |
|  | $ 0.00 | $ |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | $ 840.99 | $ |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | $ 3,265.97 | $ |
| 8. List all other income regularly received: |  |  |
| 8a. Net income from rental property and from operating a business, profession, or farm | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | $ 0.00 | $ 0.00 |
| 8e. Social Security | $ 0.00 | $ 0.00 |
| 8f. Other government assistance that you regularly receive. Specify: _____ | $ 0.00 | $ 0.00 |
| 8g. Pension or retirement income | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify: _____ | + $ 0.00 | + $ 0.00 |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | $ 0.00 | $ 0.00 |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | $ 3,265.97  +  $ 0.00 | = $ 3,265.97 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____   11. + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies   12. $ 3,265.97
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
☐ No.    Non-filing spouse maintains a separate household due to impending divorce.
☑ Yes. Explain:

Official Form 106I                Schedule I: Your Income                page 2

AMENDED

**Fill in this information to identify your case:**

Debtor 1: Luisa Michelle Williams
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 18-62548

[✓] Check if this is an amended filing

# Official Form 106H
## Schedule H: Your Codebtors       12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   [ ] No
   [✓] Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   [✓] No. Go to line 3.
   [ ] Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
       [ ] No
       [ ] Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   Name of your spouse, former spouse, or legal equivalent
   Number   Street
   City     State     ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.1 Purnell Williams (Name)<br>1322 River Club Drive (Street)<br>Conyers, GA 30012 | [✓] Schedule D, line 2.2<br>[ ] Schedule E/F, line ___<br>[ ] Schedule G, line ___ |
| 3.2 Purnell Williams (Name)<br>1322 River Club Drive (Street)<br>Conyers, GA 30012 | [✓] Schedule D, line 2.1<br>[ ] Schedule E/F, line ___<br>[ ] Schedule G, line ___ |
| 3.3 (Name)<br>(Street)<br>City State ZIP Code | [ ] Schedule D, line ___<br>[ ] Schedule E/F, line ___<br>[ ] Schedule G, line ___ |

Official Form 106H            Schedule H: Your Codebtors            page 1 of 1

AMENDED

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Luisa Michelle Williams |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: Northern District of Georgia | |
| Case number (If known) | 18-62548 |

Check one box only as directed in this form and in Form 122A-1Supp:

■ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

■ Check if this is an amended filing

Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.
   ☐ **Not married.** Fill out Column A, lines 2-11.
   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
   ☒ **Married and your spouse is NOT filing with you.** You and your spouse are:
      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.
      ☒ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | $ 4,590.12 | $ 0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $0.00 | $ 0.00 | Copy here→ | $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $ 0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $ 0.00 | Copy here→ | $ 0.00 | $ 0.00 |

| 7. | Interest, dividends, and royalties | | | $ 0.00 | $ 0.00 |
|---|---|---|---|---|---|

AMENDED

| Debtor 1 | Luisa Michelle Williams | | Case number (if known) 18-62548 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation** — $0.00 — $0.00

   Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ↓

   For you ........................................................... $_____

   For your spouse ............................................. $_____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. — $0.00 — $0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

    — $0.00 — $0.00
    — $0.00 — $0.00

    Total amounts from separate pages, if any. + $0.00  + $0.00

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

    $4,590.12  +  $0.00  =  $4,590.12

    **Total current monthly income**

---

**Part 2:  Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11. ................... Copy line 11 here ➔  $4,590.12

    Multiply by 12 (the number of months in a year).                                        x 12

    12b. The result is your annual income for this part of the form.                    12b.  $55,081.44

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.  [GA]

    Fill in the number of people in your household.  [4]

    Fill in the median family income for your state and size of household. ............................................... 13.  $80,038.00

    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

    14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A–2.* Go to Part 3 and fill out Form 122A–2.

---

**Part 3:  Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X /s/ Luisa Michelle Williams                    X _____
Signature of Debtor 1                                 Signature of Debtor 2

Date 08/16/2018                                          Date _____
     MM / DD / YYYY                                          MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

---

Official Form 122A-1        Chapter 7 Statement of Your Current Monthly Income

**Fill in this information to identify your case:**

Debtor 1: Luisa Michelle Williams
 First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the Northern District of Georgia

Case number: 18-62548
(If known)

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ Luisa Michelle Williams                 ✗ _____
Signature of Debtor 1                         Signature of Debtor 2

Date 08/16/2018                               Date _____
   MM / DD / YYYY                                MM / DD / YYYY

Official Form 106Dec        Declaration About an Individual Debtor's Schedules

## CERTIFICATE OF SERVICE

      I hereby certify that I am more than 18 years of age and that I have this day served a copy of the attached upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

**Luisa Williams, via email.**

**Lindsay P. S. Kolba- via email**
**Trial Attorney**
**United States Department of Justice**
**Office of the United States Trustee**
**362 Richard Russell Building**
**75 Ted Turner Drive SW**
**Atlanta, Georgia 30303**

      I further certify that the Chapter 7 trustee, was served via the ECF electronic mail/noticing system.

Dated: August 20, 2018

      /s/
Craig Black
GA Bar No.: 137410
The Craig Black Law Firm, LLC
1200 Abernathy Road, Building 600
Suite 1700
Atlanta, Georgia 30328
(678) 888-1778
**Attorney for the Debtor**
cb@craigblacklaw.com#